# United States Bankruptcy Court
## Northern District of Iowa

In re __Benjamin W. Vanhorn__  
Debtor(s)

Case No. _____  
Chapter __7__

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Benjamin W. Vanhorn__, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☒ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because **I began working on day of filing 4-20-20.**

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date __04/19/2020__   Signature __/s/ Benjamin W. Vanhorn__  
Benjamin W. Vanhorn  
Debtor