# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-00523 |
| | ) | |
| BENJAMIN W. VANHORN | ) | MOTION TO CHANGE |
| | ) | ASSIGNMENT/VENUE |

COMES NOW, the Debtor and states as follows:

1. That the Debtor currently resides in Winneshiek County, Iowa.

2. That the Debtor request that his Petition be assigned so as to allow for the Meeting of Creditors to be held in Dubuque, Iowa, for the reason that the attorney for the Debtor is located in Dubuque, Iowa and the creditors reside in multiple different locations.

WHEREFORE, the Debtor prays that the Court assign the handling of this case to the Dubuque Office.

    /s/ Stuart Hoover
Stuart Hoover AT0003578
Blair & Fitzsimmons, P.C.
820 Locust Street
Dubuque, Iowa 52001
Phone: 563-588-1970
Fax: 563-582-9797
Email: shoover@blairfitzsimmons.com

Copies to:
Office of the United States Trustee
United States Federal Courthouse
111 7th Ave SE Ste 17
Cedar Rapids IA 52401-2103

Sheryl Schnittjer
Northern District of Iowa
24695 207th Ave.
Delhi IA 52223-8414

## CERTIFICATE OF SERVICE

The undersigned certifies that a certified copy of the foregoing document was served by regular U.S. Mail, postage pre-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive by email over CM/ECF, on this _20th__ day of APRIL 2020.

    /s/ Kim Gordon