**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-00523 |
| | ) | |
| BENJAMIN W. VANHORN | ) | ORDER: RE MOTION TO CHANGE |
| | ) | ASSIGNMENT/VENUE |

    The Court has reviewed Debtor's Motion to Change Assignment from Waterloo to Dubuque County. After review, the Court concludes that the Motion should be Granted.

    WHEREFORE, the Motion to Change Assignment from Waterloo to Dubuque County is Granted.

**Dated and Entered:**

April 21, 2020

_____
Bankruptcy Judge