## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| | ) | |
| IN RE: | ) | CASE NO.  20-00523 |
| | ) | |
| BENJAMIN W. VANHORN, | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | HON. THAD J. COLLINS |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance pursuant to

11 U.S.C. § 342 and Rule 9010(b) of the Federal Rules of Bankruptcy Procedures ("Bankruptcy

Rules"), on behalf of Van Buren County, Iowa, Van Buren County Case No. LALA001043, a

creditor and interested party in the above-captioned bankruptcy case.  The undersigned also

requests, pursuant to Bankruptcy Rules 2002 and 9007, that copies of all notices and pleadings

given or filed in this case be given and served to and for Van Buren County at the address, facsimile

number, or electronic mail address set forth in the signature block below.

Dated:  May 13, 2020

Respectfully submitted.

/s/  *Joseph G. Gamble*
Joseph G. Gamble AT0009417
DUNCAN GREEN, P.C.
400 Locust Street, Suite 380
Des Moines, IA 50309
Telephone:  (515) 288-6440
Facsimile:  (515) 288-6448
jgamble@duncangreenlaw.com
ATTORNEY FOR
VAN BUREN COUNTY, IOWA