Upper Explorerland RPC
325 Washington Street
Decorah, IA 52101

Richard Zahasky
Anderson Law Office
212 Winnebago Street
Decorah, IA 52101

IMT Insurance
PO Box 402001
Des Moines, IA 50940