IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| BENJAMIN W. VANHORN | ) | Chapter 7 Bankruptcy |
| | ) | |
| | ) | No. 20-00523 |
| Debtor(s). | ) | |

**TRUSTEE'S MOTION FOR EXTENSION OF TIME
TO OBJECT TO EXEMPTIONS**

COMES NOW Trustee Sheryl L. Schnittjer, and respectfully states as follows:

1. On April 20, 2020, the Debtor filed a voluntary Chapter 7 Petition in this Court.

2. The Meeting of Creditors was held and concluded on May 18, 2020.

3. The last day to object to exemptions would therefore be June 18, 2020.

4. The Trustee has requested additional information from the debtor such as bank statements and information regarding the liquidation of assets that may constitute a preference and/or fraudulent transfer.

5. Review of this information may give rise to warranting an objection to exemption.

6. N.D.L.R. 4003-1(c) authorized this Court to extend the exemption objection deadline by 30 days, pursuant to request from the Trustee.

WHEREFORE, the Trustee respectfully prays that this Court, pursuant to N.D.L.R. 4003-1(c), enter and enroll an Order extending the exemption objection deadline for the Trustee and U.S. Trustee only for thirty (30) days, *i.e.*, through and

including July 18, 2020 and for such other relief as may be just and proper under the premises.

 /s/ Sheryl L. Schnittjer
Sheryl L. Schnittjer
CHAPTER 7 TRUSTEE
delhisls926@gmail.com
24695 207th Ave.
Delhi, IA  52223
Phone:  319.721.6190
Fax:  866.254.7858

SERVICE LIST

Office of U.S. Trustee
United States Federal Courthouse
111 7th Ave. SE, Box 17
Cedar Rapids, IA  52401-2101

Benjamin W. Vanhorn
PO Box 5
Spillville, IA  52168

Stuart G. Hoover
Attorney at Law
820 Locust St.
Dubuque, IA  52001