IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | |
| ) | |
| BENJAMIN W. VANHORN ) | Chapter 7 Bankruptcy |
| ) | Case No. 20-00523 |
| ) | |
| Debtor(s). ) | |

# ORDER

The matter before the court is the Trustee's Motion for Extension of Time to Object to Exemptions (Docket Entry 14). In the Motion, the Trustee seeks an additional thirty (30) days for the Trustee and U.S. Trustee only, pursuant to N.D.L.R. 4003-1(c), within which to object to the Debtor's claimed exemptions. Having reviewed the file and being advised of all the circumstances contained therein, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Trustee and US Trustee shall have an additional thirty (30) days up to and including July 18, 2020, to submit objections to the Debtor's claimed exemptions.

DATED AND ENTERED:
June 1, 2020

_____
United States Bankruptcy Judge

Order prepared by:
Sheryl L. Schnittjer
Chapter 7 Trustee