United States Bankruptcy Court
Northern District of Iowa

In re:  
Benjamin W. Vanhorn  
    Debtor

Case No. 20-00523-TJC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0862-2     User: admin     Page 1 of 1     Date Rcvd: Jun 01, 2020  
Form ID: pdf902     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2020.  
db     +Benjamin W. Vanhorn,    PO Box 5,    Spillville, IA 52168-0005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2020 at the address(es) listed below:  
         Joseph G Gamble    on behalf of Creditor    Van Buren County, Iowa jgamble@duncangreenlaw.com, mmcginn@duncangreenlaw.com  
         Sheryl Schnittjer    delhisls926@gmail.com, sschnittjer@ecf.axosfs.com  
         Stuart G. Hoover    on behalf of Debtor Benjamin W. Vanhorn shoover@blairfitzsimmons.com, dubuquelaw@aol.com  
         United States Trustee    USTPRegion12.CR.ECF@usdoj.gov  
                                                                          TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | |
| ) | |
| BENJAMIN W. VANHORN ) | Chapter 7 Bankruptcy |
| ) | Case No. 20-00523 |
| ) | |
| Debtor(s). ) | |

# ORDER

The matter before the court is the Trustee's Motion for Extension of Time to Object to Exemptions (Docket Entry 14). In the Motion, the Trustee seeks an additional thirty (30) days for the Trustee and U.S. Trustee only, pursuant to N.D.L.R. 4003-1(c), within which to object to the Debtor's claimed exemptions. Having reviewed the file and being advised of all the circumstances contained therein, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Trustee and US Trustee shall have an additional thirty (30) days up to and including July 18, 2020, to submit objections to the Debtor's claimed exemptions.

DATED AND ENTERED:
June 1, 2020

_____
United States Bankruptcy Judge

Order prepared by:
Sheryl L. Schnittjer
Chapter 7 Trustee