IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BENJAMIN W. VANHORN,<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No. 20-00523<br><br>**ORDER** |

The matter before the Court is Trustee Sheryl Schnittjer's Second Motion to Extend Time to Object to Exemption. The Motion recites that the Debtor via counsel consents to the extension request. IT IS THEREFORE ORDERED that the Trustee, and only the Trustee, is hereby granted through and including August 17, 2020 to object to any exemptions claimed by the Debtor in his Schedules.

DATED AND ENTERED: June 16, 2020.

_____
Thad J. Collins, Chief Bankruptcy Judge
U.S. Bankruptcy Court, Northern District of Iowa

*ORDER PREPARED BY:*
Eric W. Lam, AT0004416
Attorney for Trustee

SSTE Vanhorn/Pldgs/BA 20-00523 Drafts/Order re Second Mtn to Obj to Exemptions.061520.1145.ewl.SSTE Vanhorn