IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| BENJAMIN W. VANHORN ) | |
| ) | Bankruptcy No. 20-00523 |
| Debtor. ) | |
| ) | |
| Address:100 S. Main Street ) | |
| Spillville, IA 52168 ) | |
| ) | |

## UPPER EXPLORERLAND'S MOTION TO ALLOW LATE FILED PROOF OF CLAIM

Creditor Upper Explorerland Regional Planning Commission ("Upper Explorerland") moves the Court to allow it to file a late claim on Friday, August 28, 2020. In support of its motion to allow late filed claim, Upper Explorerland states:

1. Debtor filed for Chapter 7 bankruptcy on April 20, 2020.

2. Debtor filed an amendment to his schedules adding Upper Explorerland as a creditor on or about May 17, 2020. Upper Explorerland did not get notice of Debtor's bankruptcy filing until after the Section 341 Meeting in Dubuque.

3. Upper Explorerland got a notice of a possible dividend at the same time that it got notice of Debtor's bankruptcy filing and that he had sold tools that Upper Explorerland has a purchase money security interest in. Upper Explorerland objected to Debtor's claim of his tools as exempt and filed an adversary complaint to hold its loans to Debtor nondischargeable on the grounds that he converted secured collateral, a violation of 11 U.S.C. § 523(a)(6).

4. Counsel for Upper Explorerland was working with it to formulate a proof of claim when the derecho winds hit on Monday, August 10, 2020, leaving counsel's office and home without electricity or Internet for over a week.

5. Proofs of claim were due in this case on Wednesday, August 19, 2020.

6. Upper Explorerland requests an order granting it permission to file a late filed claim on or before Friday, August 29, 2020.

7. Good cause exists to grant Upper Explorerland's motion to allow a late filed claim.

8. No party will be prejudiced by allowing Upper Explorerland to file its proof of claim on Friday, August 28, 2020.

WHEREFORE, Upper Explorerland Regional Planning Commission prays that the Court grant it until Friday, August 28, 2020, to file its proof of claim in this case. Further, Upper Explorerland prays for such other relief as the Court deems just and equitable under the circumstances.

Respectfully submitted this 21st day of August, 2020.

UPPER EXPLORERLAND REGIONAL PLANNING COMMISSION

By: _____
Thomas L. Fiegen ID#AT0002495
FIEGEN LAW FIRM, P.C.
3745 Center Point Road, N.E., Suite B/ P. O. Box 2849
Cedar Rapids, Iowa 52406-2849
Telephone (319) 362-6063   Fax (319) 362-5634
Email: fiegenlawfirm@gmail.com
Attorney for Upper Explorerland Regional Planning Commiss

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>BENJAMIN W. VANHORN<br><br>Debtor.<br><br>Address: 100 S. Main Street<br>Spillville, IA 52168 | Chapter 7<br><br>Bankruptcy No. 20-00523 |

### CERTIFICATE OF SERVICE OF UPPER EXPLORERLAND'S
### MOTION TO ALLOW LATE FILED PROOF OF CLAIM

I, the undersigned, an employee of Fiegen Law Firm, P.C., hereby certify, under penalty of perjury, that a copy of Creditor Upper Explorerland's Motion to Allow Late Filed Proof of Claim was served on:

United States Trustee's Office
Northern District of Iowa
111 Seventh Avenue SE, Suite 280
Cedar Rapids, Iowa 52401-2101

Trustee Sheryl Schnittjer
24695 207th Avenue
Delhi, Iowa 52223

Eric W. Lam
Simmons Perrine Moyer Bergman PLC
115 Third Street S.E., Suite 1200
Cedar Rapids, Iowa 52401

Stuart G. Hoover
Jensen & Trevino, P.C.
775 Sinsinawa Avenue
East Dubuque, Illinois 61025

Benjamin W. Vanhorn
P.O. Box 5
Spillville, Iowa 52168

by electronic transmission and by depositing same in the United States mail, first-class, postage prepaid on the 21st day of August, 2020.

FIEGEN LAW FIRM, P. C.

By: _____
ONE OF ITS EMPLOYEES
3745 Center Point Road, N.E., Suite B/P. O. Box 2849
Cedar Rapids, Iowa  52406-2849
Phone (319) 362-6063   Fax (319) 362-5634