IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| BENJAMIN W. VANHORN | ) | |
| | ) | Bankruptcy No.  20-00523 |
| Debtor. | ) | |
| | ) | |
| Address:100 S. Main Street | ) | |
| Spillville, IA 52168 | ) | |
| | ) | |

## UPPER EXPLORERLAND'S MOTION TO ALLOW LATE FILED PROOF OF CLAIM

Creditor Upper Explorerland Regional Planning Commission ("Upper Explorerland") moves the Court to allow it to file a late claim on Friday, August 28, 2020.  In support of its motion to allow late filed claim, Upper Explorerland states:

1.    Debtor filed for Chapter 7 bankruptcy on April 20, 2020.

2.    Debtor filed an amendment to his schedules adding Upper Explorerland as a creditor on or about May 17, 2020.  Upper Explorerland did not get notice of Debtor's bankruptcy filing until after the Section 341 Meeting in Dubuque.

3.    Upper Explorerland got a notice of a possible dividend at the same time that it got notice of Debtor's bankruptcy filing and that he had sold tools that Upper Explorerland has a purchase money security interest in.  Upper Explorerland objected to Debtor's claim of his tools as exempt and filed an adversary complaint to hold its loans to Debtor nondischargeable on the grounds that he converted secured collateral, a violation of 11 U.S.C. § 523(a)(6).

4.    Counsel for Upper Explorerland was working with it to formulate a proof of claim when the derecho winds hit on Monday, August 10, 2020, leaving counsel's office and home without electricity or Internet for over a week.

5.    Proofs of claim were due in this case on Wednesday, August 19, 2020.

6.      Upper Explorerland requests an order granting it permission to file a late filed claim on or before Friday, August 29, 2020.

7.      Good cause exists to grant Upper Explorerland's motion to allow a late filed claim.

8.      No party will be prejudiced by allowing Upper Explorerland to file its proof of claim on Friday, August 28, 2020.

WHEREFORE, Upper Explorerland Regional Planning Commission prays that the Court grant it until Friday, August 28, 2020, to file its proof of claim in this case. Further, Upper Explorerland prays for such other relief as the Court deems just and equitable under the circumstances.

Respectfully submitted this _2̸5̸ʰ_ day of August, 2020.

UPPER EXPLORERLAND REGIONAL PLANNING COMMISSION

By:_____
        Thomas L. Fiegen ꟷD#AT0002495
        FIEGEN LAW FIRM, P.C.
        3745 Center Point Road, N.E., Suite B/P. O. Box 2849
        Cedar Rapids, Iowa 52406-2849
        Telephone (319) 362-6063   Fax (319) 362-5634
        Email: fiegenlawfirm@gmail.com
        Attorney for  Upper Explorerland Regional Planning Commis:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

IN RE:                                    )
                                          )    Chapter 7
BENJAMIN W. VANHORN                        )
                                          )    Bankruptcy No.  20-00523
       Debtor.                            )
                                          )
Address:100 S. Main Street                )
        Spillville, IA 52168              )
                                          )

### CERTIFICATE OF SERVICE OF UPPER EXPLORERLAND'S MOTION TO ALLOW LATE FILED PROOF OF CLAIM

I, the undersigned, an employee of Fiegen Law Firm, P.C., hereby certify, under penalty of

perjury, that a copy of Creditor Upper Explorerland's Motion to Allow Late Filed Proof of Claim

was served on:

United States Trustee's Office                Stuart G. Hoover
Northern District of Iowa                     Jensen & Trevino, P.C.
111 Seventh Avenue SE, Suite 280              775 Sinsinawa Avenue
Cedar Rapids, Iowa 52401-2101                 East Dubuque, Illinois 61025

Trustee Sheryl Schnittjer                     Benjamin W. Vanhorn
24695 207th Avenue                            P.O. Box 5
Delhi, Iowa 52223                             Spillville, Iowa 52168

Eric W. Lam
Simmons Perrine Moyer Bergman PLC
115 Third Street S.E., Suite 1200
Cedar Rapids, Iowa 52401

        by electronic transmission and by depositing same in the United States mail, first-
class,  postage prepaid on the 20th day of August, 2020.

                        FIEGEN LAW FIRM, P. C.

                By: _Mindy Amstutz_____
                ONE OF ITS EMPLOYEES
                3745 Center Point Road, N.E., Suite B/P. O. Box 2849
                Cedar Rapids, Iowa  52406-2849
                Phone (319) 362-6063   Fax (319) 362-5634