IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA
**PROCEEDING MEMO AND ORDER**

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| BENJAMIN W. VANHORN, | ) |
| | ) Bankruptcy No. 20-00523 |
| Debtor. | ) |

Date of Hearing:  August 21, 2020

APPEARANCES:

For Debtor: Stuart Hooever
For Parties-In-Interest: Thomas Fiegen for Upper Explorerland Regional Planning Commission

NATURE OF PROCEEDING:         ____In Court    _X__Telephonic

 Objection to Debtor's Claim of Exemptions in Tools (Doc. 25)

IT IS ORDERED THAT:

Creditor Upper Explorerland Regional Planning Commission will be filing a Motion for Summary Judgment in Adversary No. 20-9036.  This Objection to Debtor's Claim of Exemptions will be set for hearing at the same time as the Motion for Summary Judgment in the adversary case.

Dated and Entered __August 24, 2020_____

_____
Thad J. Collins, Bankruptcy Judge